No. 86–1831.   CAMER v. SEATTLE POST-INTELLIGENCER ET AL.   Ct. App. Wash.   Certiorari denied.

No. 86–5173.   VESTER v. ROGERS, WARDEN, ET AL.   C. A. 4th Cir.   Certiorari denied.

No. 86–6016.   DAVIS v. UNITED STATES.   C. A. 6th Cir.   Certiorari denied.

No. 86–6255.   DAVIS v. OKLAHOMA.   Ct. Crim. App. Okla. Certiorari denied.

No. 86–6299.   DRANE v. MISSISSIPPI.   Sup. Ct. Miss.   Certiorari denied.

No. 86–6305.   RAMIREZ v. UNITED STATES.   C. A. 11th Cir. Certiorari denied.

No. 86–6330.   AYODEJI v. UNITED STATES.   C. A. 4th Cir. Certiorari denied.

No. 86–6392.   GUILLORY v. ST. LANDRY PARISH POLICE JURY ET AL.   C. A. 5th Cir.   Certiorari denied.

No. 86–6431.   MELTON v. UNITED STATES.   C. A. 11th Cir. Certiorari denied.

No. 86–6433.   BATES v. BLACKBURN, WARDEN.   C. A. 5th Cir.   Certiorari denied.

No. 86–6514.   GLENN v. SOWDERS, WARDEN.   C. A. 6th Cir. Certiorari denied.

No. 86–6515.   NEUROTH v. UNITED STATES.   C. A. 6th Cir. Certiorari denied.

No. 86–6519.   COFIELD v. MERIT SYSTEMS PROTECTION BOARD.   C. A. Fed. Cir.   Certiorari denied.

No. 86–6526.   MISENKO v. WISCONSIN.   Ct. App. Wis.   Certiorari denied.

No. 86–6532.   TRULLO v. UNITED STATES.   C. A. 1st Cir. Certiorari denied.